# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY ALLEN ROWE, )<br>)<br>)<br>   Plaintiff, )<br>)<br>               vs. )<br>)<br>AUTUMN BROWN, CORRECTIONAL )<br>   OFFICER CARLILE, DEBBIE )<br>   WALLEN, DOCTOR MITCHIEF, )<br>   MARY MANSFIELD, SERGEANT )<br>   FLOCKHART, )<br>)<br>)<br>   Defendants. ) | No. 1:11-cv-01110-TWP-DKL |

## Entry Discussing Complaint and Directing Further Proceedings

Plaintiff Jeffrey Allen Rowe, an inmate at the Pendleton Correctional Facility, alleges that the defendants were deliberately indifferent to his serious medical needs related to an "extremely painful" back injury in violation of the Eighth Amendment.

Defendant's Dr. Mitcheff and Ms. Wallen have appeared by counsel and have filed their answer to the complaint. To the extent Rowe seeks to strike the answer as untimely, that request is **denied**.

The complaint has been screened for the purposes of 28 U.S.C. § 1915A(b). The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(3), to issue and serve process on the defendants Correctional Officer Carlile and Sergeant Flockhart in the manner specified by *Fed. R. Civ. P.* 4(d)(1). Process shall consist of the complaint, applicable forms and this Entry.

**IT IS SO ORDERED.**

Date: 09/14/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Note to Clerk: Processing this document requires actions in addition to docketing and distribution.

Distribution:

All electronically registered counsel

Jeffrey Allen Rowe
DOC #116017
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

Correctional Officer Carlile
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

Sergeant Flockhart
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064